**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Commodities Futures Trading Comm., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Ronald Stephen Holt, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV 03-1826-PHX-PGR <br><br> **ORDER** |

Pending before the Court is Defendant's Motion to Continue Ronald Holt on Furlough and to Reconsider Order Holding Ronald Holt in Civil Contempt (Doc. 114). As far as the motion requests a continuation of Defendant Holt's furlough, it is **DENIED**. Defendant Holt is required to return to protective custody on Monday, January 30, 2006 at 4:00 p.m. as previously ordered by the Court on January 24, 2006 (Doc. 113).

Defendant's motion also requests that this Court reconsider its July 27, 2004 Order holding Ronald Holt in civil contempt. The Defendant maintains that the Court's finding made in paragraph 14 of the July 27, 2004 Order may be in error. Specifically, the Court concluded that Defendant Holt had knowledge of the existence, location and control of three million dollars of investor funds. Defendant Holt's position has been that he has no means or ability to return or produce the funds in question. To assist the Court in resolving this issue as expeditiously as possible, **IT IS ORDERED** that the Plaintiffs respond to

1 | Defendant's Motion To Reconsider Order Holding Ronald Holt in Civil Contempt by
2 | **Monday, February 6, 2006.**  A hearing on this matter will be scheduled shortly thereafter.
3 | DATED this 30th day of January, 2006.

Paul G. Rosenblatt
United States District Judge