**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Commodities Futures Trading Commission, | No. CV 03-1826-PHX-PGR |
| Plaintiffs, | **ORDER** |
| v. | Related Cases: |
| | No. CV 03-1825-PHX-PGR |
| | No. CV 03-1302-PHX-PGR |
| Ronald Stephen Holt, et al., | |
| Defendants. | |

IT IS ORDERED that the Contempt Hearing currently scheduled in this matter for Monday, July 31, 2006 at 2:30 PM is hereby VACATED and RESET for Monday, August 21, 2006 at 1:30 PM.

DATED this 17th day of July, 2006.

_____
Paul G. Rosenblatt
United States District Judge


_____
Paul G. Rosenblatt
United States District Judge