1   **WO**

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                          FOR THE DISTRICT OF ARIZONA

8

9   Commodities   Futures   Trading)        No. CV 03-1826-PHX-PGR
    Commission,                          )
10                                        )
                 Plaintiffs,             )        **ORDER**
11                                        )
    v.                                    )        Related Cases:
12                                        )        No.  CV 03-1825-PHX-PGR
                                          )        No.  CV 03-1302-PHX-PGR
13  Ronald Stephen Holt, et al.,          )
                                          )
14               Defendants.             )

15

16          The Court having considered the Joint Motion for Order Holding Defendant Ronald

17  Stephen Holt has Purged His Civil Contempt, finds it well founded.

18          IT IS ORDERED granting the parties' joint motion.  Based on the declaration of

19  Ronald Stephen Holt, the Court finds that the Defendant has now purged his civil contempt

20  as contained in the Order Holding Ronald Holt in Civil Contempt of Court entered on July

21  27, 2004.

22          DATED this 17th day of November, 2006.

23

24

25

26

27

28