**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Commodities Futures Trading Commission, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> Ronald Stephen Holt, et al., <br><br>　　　　　Defendants. | No. CV 03-1826-PHX-PGR <br><br> **ORDER** <br><br> Related Cases: <br> No. CV 03-1825-PHX-PGR <br> No. CV 03-1302-PHX-PGR |

The Court having considered the Joint Motion for Order Holding Defendant Ronald Stephen Holt has Purged His Civil Contempt, finds it well founded.

IT IS ORDERED granting the parties' joint motion. Based on the declaration of Ronald Stephen Holt, the Court finds that the Defendant has now purged his civil contempt as contained in the Order Holding Ronald Holt in Civil Contempt of Court entered on July 27, 2004.

DATED this 17th day of November, 2006.

Paul G. Rosenblatt
United States District Judge